# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:07CR00037-001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LONNIE EDWARD MALONE,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, and for the reasons stated on behalf of the United States, it is **ORDERED** that the motion, ECF No. 308, is DENIED after complete review on the merits. The Bureau of Prisons has already released Malone to home confinement due to the Covid-19 pandemic and his medical risk factors. An investigation by a probation officer of this court revealed that Malone is no longer living with his bother but has been permitted to relocate to his own home. He has appropriate access to medical treatment, and his daily needs appear to be met. Considering these facts and the § 3553(a) factors, I find that no further relief is warranted.

ENTER: February 3, 2021

/s/ JAMES P. JONES
United States District Judge