# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:07CR00037 |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| **LONNIE EDWARD MALONE,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.   ) | |

In accord with the opinion, judgment, and mandate of the court of appeals, it is **ORDERED** that the defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF No. 308, is GRANTED and his sentence is reduced on all counts to time served.

The Clerk shall provide a copy of this Order to the United States Probation Office.

ENTER: January 27, 2023

/s/ JAMES P. JONES
Senior United States District Judge